# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1657
Lower Tribunal No. 2020-CA-004709-O

_____

JENNIFER WILLIAMS MORSCH,

Appellant,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a subsidiary of JPMORGAN CHASE & COMPANY, and formerly known as WASHINGTON MUTUAL BANK, ELLEN ZIEMBA, KRYSTAL BINGHAM, JEFF MCCLUNG, VIRGINIA PIAZZA, GLADYS JACKSON, and ELAINE MEISTER

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Andres I. Beregovich, of The Beregovich Law Firm, P.A., Orlando, for Appellant.

Andrew R. Herron, of Homer Bonner Jacobs Ortiz, P.A., Miami, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED